**Paul Mankin, Esq. (264038)**
**Law Offices of Paul Mankin, IV**
**4655 Cass St. Suite 112**
**Beverly Hills, CA 90211**
**Phone: 619-312-6385**
**Fax: 866 633-0228**
**pmankin@paulmankin.com**
**Attorney for Plaintiff**

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEVAN JOHNSON, | Case No. 16-CV-03519-JD |
| Plaintiff, | STIPULATION TO DISMISS WITH PREJUDICE |
| vs. | |
| MONARCH RECOVERY MANAGEMENT, | |
| Defendant. | |

**TO THIS HONORABLE COURT:**

Plaintiff Devan Johnson and Defendant Monarch Recovery Management, Inc. stipulate to the dismissal of this matter, on the merits, with prejudice, all parties to bear his or its own costs and attorneys' fees, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii)..

Respectfully submitted this 22nd Day of August, 2016
By: /s/Paul Mankin, IV
**Law Offices of Paul Mankin, IV**
Attorney for Plaintiff

By: /s/Renee Choy Ohlendorf.
**Hinshaw & Culbertson LLP**
Attorney for Defendant

Stipulation to Dismiss- 1

**Error! Unknown document property name.**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____

_____
HON. JAMES DONATO
United States District Judge

## **FILER ATTESTATION**

Pursuant to Rule 5-1(i)(3) of the Local Rules of Practice in Civil Proceedings Before the United States District Court for the Northern District of California, I, Paul Mankin, IV, hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

*s/Paul Mankin IV*
Paul Mankin IV

**Filed electronically on this 22nd day of August, 2016, with:**

**United States District Court CM/ECF system**

**Notification sent electronically via the Court's ECF system to:**

**The Honorable James Donato**
**California District Court**
**North District of California**

**Renee Choy Ohlendorf, Esq.**
**Hinshaw & Culbertson, L.L.P.**
**One California Street, 18th Floor**
**San Francisco, CA 94111**
**Attorney for all Defendants**

**This 22ndday of August, 2016.**

**/s/Paul Mankin**
**Paul Mankin, IV**